1050 ■

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ELLIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-00938-4, Daniel J. Berschauer, J., entered December 1, 2000. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Seinfeld, J.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LEE FIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01414-1, Jay B. Roof, J., entered June 22, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DALE WARDERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01098-2, Terry D. Sebring, J., entered May 23, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Seinfeld, J.

TODD NEILSON, *Appellant*, v. THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-03512-7, Richard A. Jones, J., entered May 15, 2000. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Grosse, J.